■ In the Matter of PAUL M. GREENE, Respondent, v. ARTHUR M. CROMARTY et al., Respondents; GEORGE STENGEL et al., as Members of the Suffolk County Civil Service Commission, et al., Appellants.— Motion by petitioner-respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The

record and appellants' brief must be served and filed on or before January 15, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.